■ CARMELLA J. BENENATI, Appellant, v JOSEPH BENENATI, Respondent.—Order unanimously affirmed without costs for reasons stated at Supreme Court, Lowery, J. (Appeal from

order of Supreme Court, Onondaga County, Lowery, J.—equitable distribution.) Present—Dillon, P. J., Callahan, Balio, Lawton and Davis, JJ.